IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**CRIMINAL MINUTES (SENTENCING)**

**CASE NUMBER :** 1:15CR92 M                    **PLACE HELD: OXFORD, MISSISSIPPI**
**UNITED STATES OF AMERICA  V.  WILLIAM PAUL RHODES**
**DATE & TIME BEGUN:** FEBRUARY 4, 2016, 9:30 AM
**DATE & TIME ENDED:** FEBRUARY 4, 2016, 10:30 AM

**TOTAL TIME:**  1 HOUR

**PRESENT:**
**HONORABLE MICHAEL P. MILLS,  U.S. DISTRICT JUDGE**

Sallie Wilkerson                                          Rita Young
**Courtroom Deputy Clerk**                              **Official Court Reporter**

**ATTORNEY(S) FOR GOVERNMENT:**                  **ATTORNEY(S) FOR DEFENDANT(S):**
AUSA MICHAEL HALLOCK                             GEORGE LUCAS

**U.S. PROBATION OFFICER:**
BRANDON COLE

**PROCEEDINGS:**    SENTENCING

**ENTRY TO BE MADE ON DOCKET:** Sentencing held.   Final Judgment to follow.

**DAVID CREWS, CLERK**

By:   /s/Sallie Wilkerson
        Courtroom Deputy Clerk