IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                          CASE NUMBER: 1:15CR92

WILLIAM PAUL RHODES

## ORDER OF VOLUNTARY SURRENDER

IT IS HEREBY ORDERED THAT THE DEFENDANT, HAVING BEEN SENTENCED IN THE ABOVE CASE TO A TERM OF IMPRISONMENT, IS HEREBY ORDERED TO SURRENDER HIMSELF BY REPORTING AS DIRECTED BY THE CLERK OF THE COURT ON __**MONDAY, APRIL 4, 2016**__.

_____
Michael P. Mills
United States District Judge

ACKNOWLEDGMENT:

I AGREE TO REPORT AS DIRECTED IN THIS ORDER AND UNDERSTAND THAT IF I FAIL TO DO SO I MAY BE CITED FOR CONTEMPT OF COURT AND IF CONVICTED OF CONTEMPT MAY BE PUNISHED BY IMPRISONMENT OR FINE OR BOTH.

_____        _____
DEFENDANT                         WITNESS

4 Feb 2016
DATE